

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★   ★   ★     ★   ★   ★

# MEMORANDUM OPINION

No. 04-10-00514-CV

**IN RE** Michael **DEMARQUIS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:   Catherine Stone, Chief Justice
           Rebecca Simmons, Justice
           Marialyn Barnard, Justice

Delivered and Filed: August 11, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On July 13, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-00689, styled *Michael DeMarquis v. Patrick Stolmeier*, in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Renée F. McElhaney presiding. However, the order complained of was signed by the Honorable Peter Sakai, presiding judge of the 225th Judicial District Court, Bexar County, Texas.